IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TUESDI HEATH                                                                                           PLAINTIFF

v.                                      Case No. 1:24-cv-01078

AMY STVARTAK, Jail Doctor;
STEPHANIE HOLMES, Jail
Nurse; and OFFICER JONATHAN
TUBBS, Assistant Jail Administrator                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 24, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 42). Judge Ford recommends that Defendants' Motion to Dismiss for Failure to Comply with Court Order (ECF No. 34) should be granted and Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice. (ECF No. 42, at 4).

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 42) *in toto*. Accordingly, the Court finds Defendants' Motion to Dismiss for Failure to Comply with Court Order (ECF No. 34) should be and hereby is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 8) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of August, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge